IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>DAEDALUS PRIME LLC and INTEL CORP.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 22-1647 (MN) (JLH)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT INTEL CORPORATION'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant Intel Corporation ("Intel") hereby moves to dismiss Plaintiff Taiwan Semiconductor Manufacturing Company Limited's Complaint (D.I. 2) for lack of subject matter jurisdiction as it pertains to Intel. The grounds for this motion are set forth more fully in Intel's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Jennifer Ying (#5550)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
jying@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Defendant Intel Corp.*

March 13, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 13, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver, Esquire<br>Alexandra M. Joyce, Esquire<br>MCCARTER & ENGLISH, LLP<br>405 North King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff Taiwan Semiconductor*<br>*Manufacturing Company Limited* | *VIA ELECTRONIC MAIL* |
| Mareesa Frederick, Esquire<br>E. Robert Yoches, Esquire<br>Cara E. Regan, Esquire<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER LLP<br>901 New York Avenue, NW<br>Washington, DC  20001<br>*Attorneys for Plaintiff Taiwan Semiconductor*<br>*Manufacturing Company Limited* | *VIA ELECTRONIC MAIL* |
| Gary C. Ma, Esquire<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA  94304-1203<br>*Attorneys for Plaintiff Taiwan Semiconductor*<br>*Manufacturing Company Limited* | *VIA ELECTRONIC MAIL* |
| Clement J. Naples, Esquire<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>*Attorneys for Plaintiff Taiwan Semiconductor*<br>*Manufacturing Company Limited* | *VIA ELECTRONIC MAIL* |

Bert C. Reiser, Esquire  VIA ELECTRONIC MAIL
Susan Y. Tull, Esquire
Maximilian A. Grant, Esquire
Jamie D. Underwood, Esquire
LATHAM & WATKINS LLP
555 Eleventh Street, NW Suite 1000
Washington DC  20004
*Attorneys for Plaintiff Taiwan Semiconductor*
*Manufacturing Company Limited*

Dale Chang, Esquire  VIA ELECTRONIC MAIL
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL  60611
*Attorneys for Plaintiff Taiwan Semiconductor*
*Manufacturing Company Limited*

Thomas W. Yeh, Esquire  VIA ELECTRONIC MAIL
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA  90071-1560
*Attorneys for Plaintiff Taiwan Semiconductor*
*Manufacturing Company Limited*

Amit Makker, Esquire  VIA ELECTRONIC MAIL
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
*Attorneys for Plaintiff Taiwan Semiconductor*
*Manufacturing Company Limited*

Brian E. Farnan, Esquire  VIA ELECTRONIC MAIL
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Defendant Daedalus Prime LLC*

Michael T. Renaud, Esquire  VIA ELECTRONIC MAIL
Adam S. Rizk, Esquire
Suparna Datta, Esquire
MINTZ LEVIN COHN FERRIS
  GLOVSKY & POPEO PC
One Financial Center
Boston, MA  02111
*Attorneys for Defendant Daedalus Prime LLC*

Peter F. Snell, Esquire                                              *VIA ELECTRONIC MAIL*
MINTZ LEVIN COHN FERRIS
  GLOVSKY & POPEO PC
Chrysler Center
666 Third Avenue
New York, NY  10017
*Attorneys for Defendant Daedalus Prime LLC*


                                     */s/ Jack B. Blumenfeld*
                                    _____
                                    Jack B. Blumenfeld (#1014)