# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> DAEDALUS PRIME LLC AND INTEL CORP., <br><br> Defendants. | C.A. No. 22-1647-MN-JLH |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between Plaintiff Taiwan Semiconductor Manufacturing Company Limited and Defendant Daedalus Prime LLC, pursuant to Fed. R. Civ. P. 41(a) and the parties' agreement to resolve their disputes, that Plaintiff's claims in this matter be, and hereby are, dismissed WITH PREJUDICE, with each party bearing its own costs, expenses, and attorneys' fees.

Dated: November 1, 2023

| | |
|---|---|
| McCARTER & ENGLISH, LLP | FARNAN LLP |
| */s/ Alexandra M. Joyce* | */s/ Michael J. Farnan* |
| Daniel M. Silver (#4758) <br> Alexandra M. Joyce (#6423) <br> Renaissance Centre <br> 405 N. King Street, 8th Floor <br> Wilmington, Delaware 19801 <br> (302) 984-6300 <br> dsilver@mccarter.com <br> ajoyce@mccarter.com | Brian E. Farnan (#4089) <br> Michael J. Farnan (#5165) <br> FARNAN LLP <br> 919 n. Market Street, 12th Floor <br> Wilmington, DE 19801 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Daedalus Prime LLC* |

**SO ORDERED this 1st day of November 2023.**

*Maryellen Noreika*
**The Honorable Maryellen Noreika**
**United States District Judge**